AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 03 December, 2004  11:16:13 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
DEC 3 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Donna J. Ericson

vs.

Case Number: **04-4043**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX  IT IS ORDERED AND ADJUDGED** that the Court is dismissing this appeal for failure to prosecute and the decision of the Bankruptcy Court is Affirmed.

ENTER this 3rd day of December, 2004

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY: DEPUTY CLERK