E-FILED
Friday, 17 December, 2004  11:13:27 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DONNA J. ERICSON ) | |
| ) | |
|     Debtor. ) | Case No. 04-4043 |
| ) | |
| ) | |

## **O R D E R**

    Before the Court is Donna Ericson's Motion to Vacate [Doc. # 11]. The facts of this case are set forth in detail in the Court's Order of December 1, 2004 [Doc. #9], and need not be repeated here. For the reasons that follow, Ericson's motion will be denied.

    In her motion, Ericson argues she never received notice of this Court's August 4, 2004 Order which states:

> ORDER granting [5] Motion for Extension of Time to File. Plaintiff's appellant brief for her bankruptcy appeal is due by or on August 13, 2004. This is the second time she has been granted additional time to file her brief. Plaintiff is warned that no further extensions will be given and that failure to submit her brief by August 13, 2004, will result in dismissal of her case for failure to prosecute.

She also argues that she should have been given a "'fair or just' chance to correct" her purported appeal brief. The Court finds these arguments unavailing. First, Ericson received the benefit of the August 4 Order as she filed the documents that were purportedly her appeal brief on August 10, and she never requested any additional extensions. Thus, the Court finds Ericson has failed to show any prejudice resulted from her not receiving a copy of the August 4 Order. Second, Ericson is not exempted from the procedural rules that govern bankruptcy appeals and she was given ample time to comply with them but failed to do so. See In re ANR-

Advance Transp. Co., Inc, 73 Fed. Appx. 183, 185 (7th Cir. 2003) ("Even parties who proceed pro se are bound by procedural rules." (citing Downs v. Westphal, 78 F.3d 1252, 1257 (7th Cir. 1996)).

For the reasons set forth above, Ericson's Motion to Vacate [Doc. # 11] is DENIED.

ENTERED this 16th day of December, 2004.

                                          s/ Joe B. McDade
                                          JOE BILLY McDADE
                                Chief United States District Judge