UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No. |
| DONNA J. ERICSON, ) | 03-83019 |
| ) | |
| Debtor, ) | Adversary Case and |
| ) | Amended Adversary Case |
| DONNA J. ERICSON, ) | No. 03-8157 |
| ) | |
| Plaintiff, ) | Appeal No. |
| vs ) | 04-1181 (corrected) |
| ) | 04-4043 |
| R. VICTOR HANKS, GENEVIEVE HANKS, ) | |
| and ATTORNEY TOM BLADE. ) | |

FILED
DEC 21 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

MOTION TO VACATE ORDER FOR CAUSE JUDGE
FINES' ORDER OF DISMISSAL OF ADVERSARY
SUIT AND REINSTATE THE ADVERSARY SUIT

NOW COMES, Donna J. Ericson, and files her Motion to Vacate Order For Cause of Judge Fines' on December 17, 2004 Dismissing an Adversary Suit and to Reinstate the Adversary Suit and states the following:

1. That on December 17, 2004 Judge Fines dismissed above Adversary Suit based on District Court improperly dismissing appeal in District Court on December 3, 2004.

2. That Ericson filed a Motion to Vacate that Order on December 10, 2004.

3. That the District Court on December 17, 2004 improperly Denied the Motion to Vacate.

4. That Judge Fines' issued an order dated July 20, 2004 extending for twenty-one days (21) Ericson's time to file the Statement of Issues to be Presented, and Appellant's Designation of Items, until August 10, 2004.

5. Ericson's Statement of Issues to be Presented and the Appellant's Designation of Items were properly titled the Bankruptcy Court and were properly filed in the District Court per Judge McDades' "minute entry" dated June 23, 2004 that "All future pleadings should be filed in Rock Island and bear the 04-4043 case number. Filed mailed to Rock Island division. (cc: all counsel) (DK, ildc) (Entered: 06/24/2004)."

6. That on September 1, 2004 the District Court entered an entry to strike the Statement of Issues to be Presented and the Appellant's Designation of Items stating

they were filed in the wrong court and not the bankruptcy court.

7.  That the Danville Court previously assigned the appeal case a case number but the Bankruptcy Court has no authority or jurisdiction to hear the appeal, and District Court transfered the case on June 23, 2004 to the proper court.

8.  That Ericson did properly and timely file her documents under the minute entries of Judge McDade and that the Danville Court and Peoria Bankruptcy Courts failed to follow the directions (minute entries) of the District Court.

9.  That the District Court improperly dismissed the appeal of Ericson, and she is appealing to the 7th Circuit Court of Appeals NLT (no later than) December 27, 2004.

10.  That the District Court has attempted to call the Statements of Issues and Designation of Items a "Brief" and because they were properly filed on August 10, 2004, according to Judge Fines Order of July 20, 2004 and Judge McDade's Orders of June 23, 2004 (inconsistent orders), call that knowledge of a new deadline that was never sent/received.

11.  That the District Court failed to mail the briefing deadline to Ericson during the confusion of converting to their electronic system at that time.

12.  That Ericson is timely under the protection and process of appeals which constitutes a legal stay.

WHEREFORE, Ericson prays the court vacate the order to Dismiss the Adversary suit as dismissal is improper, due to the protection of the stay under the appeals process, and reinstate it accordingly, and any other relief the court feels just.

*Donna J. Ericson*
Donna J. Ericson
Appellant, pro se

967 - 40th Street
Moline, IL  61265
(309) 736-9190

PROOF OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was served upon the parties by placing the same in an envelope, postage pre paid and deposited in U.S. Mail Box on 21 December 2004, in Moline, IL.

*signature: Donna J. Ericson*
DONNA J. ERICSON
Appellant, Plaintiff, pro se

967 - 40th Street
Moline, IL  61265
(309) 736-9190

UNITED STATES BANKRUPTCY COURT

**IT IS SO ORDERED.**

**SIGNED THIS: December 13, 2004**

GERALD D. FINES
UNITED STATES CHIEF BANKRUPTCY JUDGE

---

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:   ERICSON, Donna J.                                  Case No.   03-83019
Debtor(s)

In re:   Donna J. Ericson -vs- R. Victor Hanks
Adv. No.   03-8157

### ORDER DISMISSING ADVERSARY

The Court finds:

    that the plaintiff(s) failed to pay the filing fee as ordered on * and the Court has been fully advised in the premises.
    that the plaintiff(s) failed to comply with the court Order dated * in that no * have been filed with this Court.
    that *, Attorney for *, has failed to comply with Rule 7010, as required by the Bankruptcy Code.
    that *, has failed to provide * as directed by the Court on *.
    that * has failed to submit an order approving the cause as requested on *.
X    that the above entitled adversary proceeding should be dismissed as the general case is dismissed.

**IT IS THEREFORE ORDERED** that the above entitled adversary proceeding be, and hereby is, dismissed.

###

U.S. District Court
Central District of Illinois (Rock Island)
**CIVIL DOCKET FOR CASE #: 4:04-cv-04043-JBM**
Internal Use Only

Ericson v.
Assigned to: Chief Judge Joe Billy McDade
Demand: $0
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 06/08/2004
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Debtor**
-----------------------

Donna J Ericson

represented by Donna J Ericson
967 40th Street
Moline, IL 61265
309-796-3828
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2004 | 1 | BANKRUPTCY APPEAL (RK, ilcd) (Entered: 06/08/2004) |
| 06/08/2004 | 2 | BANKRUPTCY BRIEFING LETTER mailed to parties re: Bankruptcy Appeal; appellants brief due 6/23/04 (RK, ilcd) (Entered: 06/08/2004) |
| 06/16/2004 | 3 | MOTION by debtor Donna J Ericson to extend time to file brief and Notice of Change of Address (DK, ilcd) (Entered: 06/16/2004) |
| 06/22/2004 | | MINUTE-ENTRY: by Chief Judge Joe B. McDade granting motion to extend time to file brief [3-1]. ;Appellant's brief due 7/23/04 (cc: all counsel) (HK, ilcd) (Entered: 06/22/2004) |
| 06/23/2004 | | MINUTE-ENTRY: by Chief Judge Joe B. McDade. This case is transferred to the Rock Island Division. The new case number in Rock Island is 04-4043. All future pleadings should be filed in Rock Island and bear the 04-4043 case number. Filed mailed to Rock Island division. (cc: all counsel) (DK, ilcd) (Entered: 06/24/2004) |
| 06/23/2004 | | Original file, transfer order received from Peoria [ 04-1181]. Case assigned to Chief Judge Joe B. McDade. (DK, ilcd) (Entered: |

EXHIBIT 2

**IT IS SO ORDERED.**

**SIGNED THIS: July 20, 2004**

*[signature]*
**GERALD D. FINES**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

---

**U.S. BANKRUPTCY COURT**
Central District of Illinois

In re:    Donna J. Ericson                                  Case No.    03-83019

Debtor(s)

### ORDER

___  A hearing having been held , 200* on the following matters:

 X   The following having been filed:

1) Motion by Donna Ericson to Extend Time to Pay Appeal Charges and to Supplement Appeal Designation

2)

3)

4)

5)

6)

028090

IT IS ORDERED THAT:

| Matter | Action |
|--------|--------|
| 1      | Allowed** |
| _____ | Denied |
| _____ | Dismissed |
| _____ | Withdrawn |
| _____ | Continued to *, 200* |
| _____ | Continued * days |
| X      | Other: Debtor is directed to file a Designation of Additional Items to be included in appeal record within 21 days of the date of this order. The time to pay appeal charges is extended for an additional 21 days. |
| _____ | |

###