UNITED STATEES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

R. VICTOR HANKS/GENEVIEVE HANKS, )
                                 )   Appeal No. 04-4043
        Appellees/Plaintiffs,    )   (former No. 04-1181)
                                 )
     vs.                         )   Bankruptcy Case
                                 )   (03-83019
DONNA J. ERICSON,                )
                                 )
        Appellant/Respondent.    )

FILED
DEC 27 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

MOTION TO EXTEND PAYMENT OF FILING FEE TO JANUARY 1, 2005 FOR CAUSE

NOW COMES, DONNA J. ERICSON, Appellant and files her motion for Extension of Payment of Filing Fee for 5 Days for Cause and states the following:

1. That the Appellant is on a fixed income, direct deposit once a month from John Deere & Company, through a court ordered QUADRO pension and alimony.

2. That Ericson believes the money may be deposited as early as December 30, 2004.

3. That Ericson/Appellant would suffer an Undue Hardship to be denied this very brief extension to pay filing fee, under the circumstances.

4. That Ericson/Appellant however, can pay the filing fee NLT January 1, 2005.

5. That Ericson/Appellant would be severly prejudiced without the extension.

WHEREFORE, the Appellant Donna Ericson, for just and reasonable cause, prays the court will allow the modest extension, and any other relief the court feels just.

*Donna J. Ericson*
DONNA J. ERICSON
Appellant, pro se

Donna J. Ericson
967 - 40th Street
Moline, IL  61265
(309) 736-9190

PROOF OF SERVICE

    I, the undersigned, hereby certify that I mailed a copy of the above document to the following by first class mail, postage pre-paid on the 27th Day of December, 2004 to all parties of record.

*Donna J. Ericson*
DONNA J. ERICSON
Appellant

Donna J. Ericson
967 - 40th Street
Moline, IL  61265