UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Tuesday, 28 December, 2004  09:15:40 AM
Clerk, U.S. District Court, ILCD

IN RE:  Donna J. Ericson
        Appellant

McDade

CASE NUMBER
04-4043
Honorable Judge

(04-1181 FORMER NO.)
Honorable Judge Fines

FILED
DEC 2 7 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Lower Case Number
03-83019
Honorable Judge

Perkins/Judge Fines

NOTICE OF APPEAL

DONNA J. ERICSON, interested party and appellant, appeals to
the 7th Circuit Court of Apopeals under 28 U.S.C. Sections
1291 and/or 1294, from the Order Of the Honorable Judge
McDade on 17 December, 2004.

SIGNED:  *Donna J. Ericson*
         Donna J. Ericson
         Appellant/Pro Se

ADDRESS:  967 - 40th Street
          Moline, IL  61265
          (309) 736-9190

E-FILED
Friday, 17 December, 2004 11:13:27 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE: )
)
DONNA J. ERICSON )
)
    Debtor. )    Case No. 04-4043
)
)

## ORDER

    Before the Court is Donna Ericson's Motion to Vacate [Doc. # 11]. The facts of this case are set forth in detail in the Court's Order of December 1, 2004 [Doc. #9], and need not be repeated here. For the reasons that follow, Ericson's motion will be denied.

    In her motion, Ericson argues she never received notice of this Court's August 4, 2004 Order which states:

> ORDER granting [5] Motion for Extension of Time to File. Plaintiff's appellant brief for her bankruptcy appeal is due by or on August 13, 2004. This is the second time she has been granted additional time to file her brief. Plaintiff is warned that no further extensions will be given and that failure to submit her brief by August 13, 2004, will result in dismissal of her case for failure to prosecute.

She also argues that she should have been given a "'fair or just' chance to correct" her purported appeal brief. The Court finds these arguments unavailing. First, Ericson received the benefit of the August 4 Order as she filed the documents that were purportedly her appeal brief on August 10, and she never requested any additional extensions. Thus, the Court finds Ericson has failed to show any prejudice resulted from her not receiving a copy of the August 4 Order. Second, Ericson is not exempted from the procedural rules that govern bankruptcy appeals and she was given ample time to comply with them but failed to do so. See In re ANR-

Advance Transp. Co., Inc, 73 Fed. Appx. 183, 185 (7th Cir. 2003) ("Even parties who proceed pro se are bound by procedural rules." (citing Downs v. Westphal, 78 F.3d 1252, 1257 (7th Cir. 1996)).

For the reasons set forth above, Ericson's Motion to Vacate [Doc. # 11] is DENIED.

ENTERED this 16th day of December, 2004.

s/ Joe B. McDade
JOE BILLY McDADE
Chief United States District Judge

PROOF OF SERVICE

I, the undersigned, hereby certify that I mailed a copy of the above document to the following by first class mail, postage pre-paid on the 27th Day of December 2004 to all parties of record.

*Donna J. Ericson*
DONNA J. ERICSON
Appellant

Donna J. Ericson
967 - 40th Street
Moline, IL  61265