# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

E-FILED
Tuesday, 28 December, 2004  04:02:14 PM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 04-4043

Division: Rock Island

FILED
DEC 2 8 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

**Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)**

Donna J. Ericson                v.

-----------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**       **Current Counsel for Defendant (Respondent):**

(Use separate sheet for additional counsel)

Name: Donna J Ericson                          Name:

Firm:                                          Firm:

Address: 967 40th Street                       Address:

Moline, IL  61265

Phone: 309-796-3828                            Phone:

-----------------------------------------------------------------------------------------------

Judge: Chief Judge Joe Billy McDade            Nature of Suit Code:  422

Court Reporter:                                Date Filed in District Court:  6/08/2004

                                               Date of Judgment: 12/03/2004

                                               Date of Notice of Appeal: 12/27/2004

Counsel:  ___Appointed       ___Retained   _X_ Pro Se

Fee Status:  ___Paid    _X_ Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

E-FILED
 Tuesday, 28 December, 2004  09:15:40 AM
 Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:  Donna J. Ericson         CASE NUMBER
        Appellant                 04-4043
                                  Honorable Judge
McDade

                                  (04-1181 FORMER NO.)
                                  Honorable Judge Fines   FILED

                                  Lower Case Number        DEC 2 7 2004
                                  03-83019
                                  Honorable Judge          U.S. CLERK'S OFFICE
Perkins/Judge Fines                                        ROCK ISLAND, ILLINOIS

N O T I C E   O F   A P P E A L

DONNA J. ERICSON, interested party and appellant, appeals to
the 7th Circuit Court of Apopeals under 28 U.S.C. Sections
1291 and/or 1294, from the Order Of the Honorable Judge
McDade on 17 December, 2004.

                    SIGNED:  *Donna J. Ericson*
                             Donna J. Ericson
                             Appellant/Pro Se

                    ADDRESS: 967 - 40th Street
                             Moline, IL  61265
                             (309) 736-9190

E-FILED
Friday, 17 December, 2004  11:13:27 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE: )
)
DONNA J. ERICSON )
)
    Debtor. )  Case No. 04-4043
)
)

## ORDER

    Before the Court is Donna Ericson's Motion to Vacate [Doc. # 11]. The facts of this case are set forth in detail in the Court's Order of December 1, 2004 [Doc. #9], and need not be repeated here. For the reasons that follow, Ericson's motion will be denied.

    In her motion, Ericson argues she never received notice of this Court's August 4, 2004 Order which states:

> ORDER granting [5] Motion for Extension of Time to File. Plaintiff's appellant brief for her bankruptcy appeal is due by or on August 13, 2004. This is the second time she has been granted additional time to file her brief. Plaintiff is warned that no further extensions will be given and that failure to submit her brief by August 13, 2004, will result in dismissal of her case for failure to prosecute.

She also argues that she should have been given a "'fair or just' chance to correct" her purported appeal brief. The Court finds these arguments unavailing. First, Ericson received the benefit of the August 4 Order as she filed the documents that were purportedly her appeal brief on August 10, and she never requested any additional extensions. Thus, the Court finds Ericson has failed to show any prejudice resulted from her not receiving a copy of the August 4 Order. Second, Ericson is not exempted from the procedural rules that govern bankruptcy appeals and she was given ample time to comply with them but failed to do so. See In re ANR-

AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Friday, 03 December, 2004  11:16:13 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
DEC  3 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Donna J. Ericson

vs.

Case Number: **04-4043**

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX  IT IS ORDERED AND ADJUDGED** that the Court is dismissing this appeal for failure to prosecute and the decision of the Bankruptcy Court is Affirmed.

ENTER this 3rd day of December, 2004

JOHN M. WATERS, CLERK

___s/T. Peeples___
BY: DEPUTY CLERK

13, APPEAL, BKAPPEAL, CLOSED, REFER, TRANSF

## U.S. District Court
### Central District of Illinois (Rock Island)
### CIVIL DOCKET FOR CASE #: 4:04-cv-04043-JBM
### Internal Use Only

Ericson v.
Assigned to: Chief Judge Joe Billy McDade
Demand: $0
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 06/08/2004
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Debtor**

**Donna J Ericson**  represented by  **Donna J Ericson**
967 40th Street
Moline, IL 61265
309-796-3828
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2004 | 1 | BANKRUPTCY APPEAL (RK, ilcd) (Entered: 06/08/2004) |
| 06/08/2004 | 2 | BANKRUPTCY BRIEFING LETTER mailed to parties re: Bankruptcy Appeal; appellants brief due 6/23/04 (RK, ilcd) (Entered: 06/08/2004) |
| 06/16/2004 | 3 | MOTION by debtor Donna J Ericson to extend time to file brief and Notice of Change of Address (DK, ilcd) (Entered: 06/16/2004) |
| 06/22/2004 |  | MINUTE-ENTRY: by Chief Judge Joe B. McDade granting motion to extend time to file brief [3-1]. ;Appellant's brief due 7/23/04 (cc: all counsel) (HK, ilcd) (Entered: 06/22/2004) |
| 06/23/2004 |  | MINUTE-ENTRY: by Chief Judge Joe B. McDade. This case is transferred to the Rock Island Division . The new case number in Rock Island is 04-4043. All future pleadings should be filed in Rock Island and bear the 04-4043 case number. Filed mailed to Rock Island division. (cc: all counsel) (DK, ilcd) (Entered: 06/24/2004) |
| 06/23/2004 |  | Original file, transfer order received from Peoria [ 04-1181]. Case assigned to Chief Judge Joe B. McDade. (DK, ilcd) (Entered: 06/24/2004) |
| 07/26/2004 | ●4 | NOTICE of Change of Address by Donna J Ericson (TP, ilcd) (Entered: 07/26/2004) |
| 07/26/2004 | ●5 | MOTION for Extension of Time to File Brief for Cause by Debtor Donna J Ericson. Responses due by 8/9/2004 (TP, ilcd) (Entered: 07/26/2004) |

| | | |
|---|---|---|
| 08/03/2004 | | ORDER granting [5] Motion for Extension of Time to File. Plaintiff's appellant brief for her bankruptcy appeal is due by or on August 13, 2004. This is the second time she has been granted additional time to file her brief. Plaintiff is warned that no further extensions will be given and that failure to submit her brief by August 13, 2004, will result in dismissal of her case for failure to prosecute. Entered by Judge Joe Billy McDade on 8/4/2004. (HL, ilcd) (Entered: 08/03/2004) |
| 08/10/2004 | 6 | Letter: From Donna Ericson regarding Bankruptcy case #03-83019; Statement of Issues to be presented (TP, ilcd) (Entered: 08/17/2004) |
| 08/10/2004 | 7 | Letter: From Donna Ericson regarding Appellant's Designation of items (TP, ilcd) (Entered: 08/17/2004) |
| 08/10/2004 | 8 | Combined MOTION for Extension of Time to provide documents and complete payment in full of costs by Debtor Donna J Ericson. Responses due by 8/24/2004 (TP, ilcd) (Entered: 08/17/2004) |
| 09/01/2004 | | ORDER striking [8] Motion for Extension of Time to File. It appears that this motion was incorrectly filed in this Court and that the subject matter relates to the Appellant's proceedings in bankruptcy court. Entered by Judge Joe Billy McDade on 9/1/2004. (HL, ilcd) (Entered: 09/01/2004) |
| 12/01/2004 | 9 | ORDER Entered by Judge Joe Billy McDade on 12/01/04. DISMISSING CASE for failure to prosecute. The decision of the Bankruptcy Court is Affirmed. (TP, ilcd) (Entered: 12/02/2004) |
| 12/03/2004 | 10 | JUDGMENT is entered and the decision of the Bankruptcy Court is Affirmed. (TP, ilcd) (Entered: 12/03/2004) |
| 12/10/2004 | 11 | MOTION to Vacate 9 Order Dismissing Case, 10 Judgment and reinstate Appeal for cause by Debtor Donna J Ericson. (TP, ilcd) (Entered: 12/10/2004) |
| 12/17/2004 | 12 | ORDER denying 11 Motion to Vacate. Entered by Judge Joe Billy McDade on 12/16/04. (MS, ilcd) (Entered: 12/17/2004) |
| 12/21/2004 | 13 | MOTION to Vacate Order for Cause Judge Fines' Order of dismissal of Adversary suit and reinstate the Adversary suit by Debtor Donna J Ericson. Responses due by 1/4/2005 (TP, ilcd) (Entered: 12/21/2004) |
| 12/27/2004 | 14 | MOTION to extend payment of filing fee to January 1, 2005 for cause by Debtor Donna J Ericson. Responses due by 1/10/2005 (TP, ilcd) (Entered: 12/28/2004) |
| 12/27/2004 | 15 | NOTICE OF APPEAL as to 12 Order on Motion to Vacate by Donna J Ericson. (TP, ilcd) (Entered: 12/28/2004) |