**E-FILED**
Monday, 03 January, 2005  11:23:59 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:   04-4337                    Docketed on: 12/30/04
Short Caption:         Ericson, Donna J. v. Hanks, Genevieve
District Court Judge:  Joe Billy McDade
District Court No.:    04 C 4043
```

If you have any questions regarding this appeal, please call this office.

(1003-012490)

**FILED**

JAN  3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS