**E-FILED**
Tuesday, 18 January, 2005  09:54:47 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DONNA J. ERICSON | ) | |
| | ) | |
| Debtor. | ) | Case No. 04-4043 |
| | ) | |
| | ) | |

## **O R D E R**

Before the Court is Donna Ericson's Motion to Vacate Order for Cause Judge Fines' Order of Dismissal of Adversary Suit and Reinstate the Adversary Suit [Doc. # 13], and Motion to Extend Payment of Filing Fee to January 1, 2005 for Cause [Doc. # 14]. On December 1, 2004, this Court denied Ericson's bankruptcy appeal in which she challenged Bankruptcy Judge Gerald Fines' Opinion dismissing her bankruptcy case. On December 17, 2004, this Court denied Ericson's motion to vacate the December 1 Order. Ericson now challenges Bankruptcy Judge Fines dismissal of her case essentially reiterating her arguments from her previous motion to vacate, and further asserting that her appeal of this Court's December 1 Order to the Seventh Circuit Court of Appeals entitles her to a "legal stay." The Court disagrees. See Fed. R. Bankr. P. 8017 (stay **may** be granted on motion and after notice to parties to appeal). Accordingly, Ericson's Motion to Vacate is denied.

As for Ericson's other motion, she paid the appeal fees on January 10 and as far as this Court is aware her appeal is still pending. Thus, her motion is moot.

IT IS THEREFORE ORDERED that Ericson's Motion to Vacate Order for Cause Judge Fines' Order of Dismissal of Adversary Suit and Reinstate the Adversary Suit [Doc. # 13] is DENIED.

IT IS FURTHER ORDERED that Ericson's Motion to Extend Payment

of Filing Fee to January 1, 2005 for Cause [Doc. # 14] is DENIED AS
MOOT.

    Entered this <u>14th</u> day of January, 2005.

<u>       s/ Joe B. McDade      </u><br>
JOE BILLY McDADE<br>
United States District Judge