E-FILED
Tuesday, 25 January, 2005  10:52:37 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 21, 2005

**FILED**

JAN 2 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*By the Court:*

| | |
|---|---|
| IN RE:<br>    DONNA J. ERICSON,<br>        Debtor-Appellant.<br><br>No. 04-4337 | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 C 4043<br>]<br>] Joe Billy McDade,<br>]    Judge. |

    Upon consideration of the MOTION FOR EXTENSION OF TIME TO ADD OTHER DOCUMENTS, TRANSCRIPTS, OPINION AND ORDER OF JUDGE FINES ADVERSARY CASE AND EXHIBITS TO BE INCLUDED IN THE RECORD, filed on January 14, 2005, by the pro se appellant,

    IT IS ORDERED that the motion is GRANTED to the extent that the appellant shall file the designation of items to be included in the record by February 4, 2005. The designation should be filed with the clerk of the district court.