E-FILED
Monday, 07 February, 2005 10:53:59 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| IN RE: DONNA J. ERICSON, Debtor-Appellant. | ) Appeal from the United ) States District Court for ) the Central District ) of Illinois. |
| No. 04-4337 | ) ) No. 04 C 4043 ) ) Joe Billy McDade, Judge. |

FILED
FEB 4 2005
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

FILING OF DESIGNATION OF ITEMS TO BE INCLUDED IN THE
RECORD PURSUANT TO ORDER OF THE UNITED STATES COURT OF
APPEALS FOR THE 7TH CIRCUIT, DATED JANUARY 21, 2005

COMES NOW, Donna J. Ericson, Debtor-Appellant and files her Designation of Items to be Included in the Record pursuant to the Order of the U.S. Court of Appeals for the 7th Circuit dated January 21, 2005 and states below:

  Hotel License, Case 98-82365.

  The entire record in from the District Court Appeal 04-C-4043 per a proper and complete docket sheet to date.

  The entire record from Bankruptcy Case 03-83019 per a proper and complete docket sheet (to include all from Judge Fines's court also).

  The additional documents and transcripts attached with this filing including:

  Order of Judge Fines, case 03-83019, dated July 20, 2004.

  Motion by Assistant Trustee to Dismiss Case 96-82434, Robert L. Ericson, Sr.

  Official Transcript of Judge Fines Hearing dated March 24, 2004.

  Official Transcript of Examination of Richard Barber April 24, 2001.

  Opinion of Judge Fines, case 98-82365 regarding Fischer Case, Connelly et al, and Order, 03-83019.

  Order Judge Perkins August 17, 2000, Case 98-82365 regarding Heart Surgeon Philip Seaver and Ericson.

Order of Judge Perkins DISQUALIFYING himself for Violation of the Judicial Code of Conduct, case 03-83019.

Order of Judge Perkins November/December 2003 granting another meeting of creditors be held.

Confirmed Chapter 13 Plan, Case 98-82365, Judge Altenberger, February 4, 1999.

Objection to Confirmed Chapter 13 Plan, by Assistant U.S. Attorney Gerard Brost, Case 98-82365.

Ericson's Motion to Dismiss Brost's Objection to Confirmed Plan for improper and no merit, Case 98-82365.

Adversary Suit Case 98-82365 filed by Trustee Barber against Ericson.

Complete Docket Sheet from Case 98-82365.

Trustee R. Barber's Financial Accounting Case 98-82365.

NON PUBLIC Docket Sheet, Peoria Bankruptcy Court, Case 98-82365, stating "Voluntary Chapter 7 Case and NO ASSETS.

NON PUBLIC Fax from Judge Fines Case 03-83019.

Designation of Items List filed August 10, 2004.

Issues to be Presented filed August 10 2004.

Newspaper Article dated February 4, 2004, real estate scams.

Respectfully submitted,

*Donna J. Ericson*
Donna J. Ericson
Debtor, Appellant

Donna Ericson
967 - 40th Street
Moline, IL  61265
(309) 736-9190

PROOF OF SERVICE

I, the undersigned, hereby certify that I mailed a copy of the above documents to the following by first class mail, postage pre-paid on the fourth day of February 2005, to all parties of record, by depositing documents in a U.S. Mail Box in Moline, IL.

*Donna J. Ericson*

DONNA J. ERICSON
Appellant

Donna J. Ericson
967 - 40th Street
Moline, IL  61265