JAN-19-1996 23:59                                                                                              P.01/01
E-FILED
Tuesday, 24 January, 2006  11:11:27 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: January 24, 2006

TO: District Court Clerk

RE: Notice to transmit the record

**FILED**
JAN 24 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

No. 04-4337

IN RE:
    DONNA J. ERICSON,
        Debtor - Appellant

Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 4043, Joe Billy McDade, Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

(1211-022296)

TOTAL P.01