

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

TEL: 309.793.5778
FAX: 309.793.5878

January 24, 2006

**FILED**
JAN 2 4 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE:   Donna J. Ericson, Debtor
USDC Docket No.  04-4043
USBC Docket No.  03-83019

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

**1 Volumes of Pleadings**

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

    Very truly yours,

    JOHN M. WATERS, CLERK

    BY:_____s/T. Peeples_____
           Deputy Clerk

044043 Ericson letter of transmittal of Long record on Appeal 012406.wpd