

E-FILED
Tuesday, 31 January, 2006 09:49:26 AM
Clerk, U.S. District Court, ILCD



# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

TEL: 309.793.5778
FAX: 309.793.5878

January 24, 2006

**04-4337**

**FILED**
JAN 3 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE:  Donna J. Ericson, Debtor
USDC Docket No. ~~04-4043~~ 04-4337
USBC Docket No. 03-83019

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    **1 Volumes of Pleadings**

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

USCA 7th Circuit
FILED DW
JAN 26 2006
GINO J AGNELLO CLERK
DOC # 1947873

Very truly yours,

JOHN M. WATERS, CLERK

BY: _____s/T. Peeples_____
    Deputy Clerk

ON AIMS
JAN 26 2006
DW

U.S.C.A. - 7th Circuit
RECEIVED
JAN 26 2006  JC
GINO J. AGNELLO
CLERK

044043 Ericson letter of transmittal of Long record on Appeal 012406.wpd