# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITHOUT ORAL ARGUMENT

E-FILED
Monday, 15 May, 2006 04:41:24 PM
Clerk, U.S. District Court, ILCD

CERTIFIED COPY
FILED
APR 2 5 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Date: March 31, 2006

BEFORE:  Honorable THOMAS E. FAIRCHILD, Circuit Judge

Honorable DANIEL A. MANION, Circuit Judge

Honorable ANN CLAIRE WILLIAMS, Circuit Judge

No. 04-4337

IN RE:
   DONNA J. ERICSON,
        Debtor - Appellant

Appeal from the United States District Court for the Central District of Illinois,
No. 04 C 4043, Joe Billy McDade, Judge

    The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

(1060-110393)